# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARTALIAN GUY** | **CIVIL ACTION** |
| **VERSUS** | |
| **KEVIN WRIGHT, ET AL.** | NO. 19-246-JWD-RLB |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 9, 2019, to which no opposition was filed;

**IT IS ORDERED** that this action is REMANDED to the 19th Judicial District, East Baton Rouge Parish, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 4, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**